**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**(Brooklyn)**

EBONI WILLIAMS,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

Defendant.

Civil Case No. 1:26-cv-02357-PCG

## DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Equifax Information Services, LLC ("Defendant" or "Equifax"), by and through its undersigned counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

## PRELIMINARY STATEMENT

Equifax denies any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

## ANSWER

In response to the specific allegations in the enumerated paragraphs in the Complaint, Equifax responds as follows:

## INTRODUCTION

1. Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit Reporting Act ("FCRA"). Equifax denies any allegation it violated the FCRA.

## JURISDICTION

2. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2.

**PARTIES**

3. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

5. Equifax denies it is a corporation.

6. Equifax admits the allegations in Paragraph 6.

7. Equifax admits it is a consumer reporting agency as defined by the FCRA.

**FACTS**

8. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

9. Equifax states that the FCRA speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, Equifax denies the allegations in Paragraph 9.

10. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

**Equifax's Disclosure Was Incomplete, Unclear, or Inaccurate:**
**Omission of Original Creditors**

11. Equifax denies the allegations in Paragraph 11.

12. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 12.

13. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 13.

14. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 14.

15. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 17.

18. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 18.

19. Equifax denies the allegations in Paragraph 19.

20. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 20.

21. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23. Equifax denies the allegations in Paragraph 23.

24. Equifax denies the allegations in Paragraph 24.

25. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 25.

26. Equifax states that the disclosure speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the disclosure, Equifax denies the allegations in Paragraph 26.

27. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28. Equifax denies the allegations in Paragraph 28.

29. Equifax denies the allegations in Paragraph 29.

30. Equifax states that the cited authority speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the cited authority, Equifax denies the allegations in Paragraph 30.

31. Equifax denies the allegations in Paragraph 31.

32. Equifax states that the cited authority speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the cited authority, Equifax denies the allegations in Paragraph 32.

33. Equifax denies the allegations in Paragraph 33.

34. Equifax states that the cited authority speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the cited authority, Equifax denies the allegations in Paragraph 34.

35. Equifax states that the cited authority speaks for itself, and to the extent Plaintiff misquotes, misstates, or takes out of context the cited authority, Equifax denies the allegations in Paragraph 35.

36. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

37. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37.

38. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. Equifax denies the allegations in Paragraph 39.

40. Equifax denies the allegations in Paragraph 40.

41. Equifax denies the allegations in Paragraph 41.

42. Equifax denies the allegations in Paragraph 42.

43. Equifax denies the allegations in Paragraph 43.

44. Equifax denies the allegations in Paragraph 44.

45. Equifax denies the allegations in Paragraph 45.

46. Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46.

### Count I
### VIOLATIONS OF THE FAIR CREDIT REPORTING ACT

47. Equifax reasserts and re-alleges its responses as set forth above.

48. Equifax denies the allegations in Paragraph 48. Equifax further denies violating the FCRA.

49. Equifax denies any allegation it reported inaccurate information in Plaintiff's credit file as alleged in Paragraph 49.

50. Equifax denies the allegations in Paragraph 50.

51. Equifax denies the allegations in Paragraph 51.

**PRAYER FOR RELIEF**

Equifax denies that Plaintiff is entitled to any relief requested in her Prayer for Relief.

**JURY TRIAL DEMAND**

Equifax admits that Plaintiff demands a jury trial.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

**WHEREFORE**, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1) Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff; and

(2) it recover such other and additional relief as the Court deems just and appropriate.

This 18th day of May 2026.

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger' III

CLARK HILL PLC
1180 6TH Ave., 19th Floor, Suite 1910
New York, NY 10036

2301 Broadway St.
San Antonio, Texas 78215
Phone: (210) 250-6000
Fax:     (210) 250-6100

Email: tseger@clarkhill.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties by electronically filing a true and correct copy of the foregoing with the Clerk of the Court using the ECF system.

This May 18, 2026.

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger' III